JOHN WALSHE MURRAY (074823)
JANICE M. MURRAY (099996)
RACHEL P. RAGNI (241061)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jmmurray@murraylaw.com
Email: rragni@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**RAISSI REAL ESTATE DEVELOPMENT, LLC**
A California Limited Liability Company

        Debtor.

2490 Lafayette Street
Santa Clara, CA 95050

Employer Tax I.D. No: 77-0274159

Case No. 10-56855

Chapter 11

## NOTICE OF AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on June 30, 2010, Raissi Real Estate Development, LLC (the "Debtor") filed its Voluntary Petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California, San Jose Division. The Bankruptcy Court Case No. is 10-10-56855. A copy of the **NOTICE OF BANKRUPTCY CASE FILING** is attached hereto as **Exhibit "A"** and by this reference incorporated herein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362 (a) of the Bankruptcy Code, the filing of the Voluntary Petition operates as an automatic stay, applicable to all entities of:

"(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the Debtor that arose before the commencement of the case under this title;

(2) the enforcement against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning a corporate debtor's tax liability for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title."

**PLEASE TAKE FURTHER NOTICE** that a violation of the automatic stay provisions of Section 362 (a) may result in a contempt citation from the Bankruptcy Court and the imposition of sanctions.

Dated: June 30, 2010         **MURRAY & MURRAY**
                             A Professional Corporation

                             By:  */s/ Rachel P. Ragni*
                                  Rachel P. Ragni
                                  Attorneys for Debtor

United States Bankruptcy Court
Northern District of California

I. **Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/30/2010 at 9:08 PM and filed on 06/30/2010.

**Raissi Real Estate Development, LLC**
2490 Lafayette Street
Santa Clara, CA 95050
Tax ID / EIN: 77-0274159



The case was filed by the debtor's attorney:

**John Walshe Murray**
Law Offices of Murray and Murray
19400 Stevens Creek Blvd. #200
Cupertino, CA 95014-2548
(650) 852-9000

The case was assigned case number 10-56855.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

II. **Gloria L. Franklin**
    **Clerk, U.S. Bankruptcy Court**

EXHIBIT A