B6G (Official Form 6G) (12/07)

In re: **Raissi Real Estate Development, LLC** , Case No. **10-56855-RLE**
Debtor (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES[1]

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Atlas Realty<br>Attn: Kerry Lawrence<br>451 Parkfair Drive, Suite 9<br>Sacramento, CA 95864 | Commercial Listing Agreement |
| Endurance American Specialty<br>767 Third Avenue, 5th Floor<br>New York, NY 10017<br><br>EGCA Insurance Services, Inc.<br>Attn: Ben Geravesh<br>535 S. Bascom Avenue<br>San Jose, CA 95128 | Insurance contract; see Attachment B.9 |
| Greg Phan<br>350 S. Winchester Blvd., Suite 250<br>San Jose, CA 95128<br><br>Greg Phan<br>c/o Del Beccaro Hornsby and Blake<br>Attn: Thomas G.F. Del Beccaro<br>800 S. Broadway, Suite 301<br>Walnut Creek, CA 94596 | Real Property Lease; see Attachment B.16 |
| Greg Phan<br>350 S. Winchester Blvd., Suite 250<br>San Jose, CA 95128<br><br>Greg Phan<br>c/o Del Beccaro Hornsby and Blake<br>Attn: Thomas G.F. Del Beccaro<br>800 S. Broadway, Suite 301<br>Walnut Creek, CA 94596 | Class 2 Units Purchase Agreement; see Attachment B.16 |
| Mount Vernon Fire Insurance Co.<br>190 South Warner Road<br>Wayne, PA 19087<br><br>EGCA Insurance Services, Inc.<br>Attn: Ben Geravesh<br>535 S. Bascom Avenue<br>San Jose, CA 95128 | Insurance contract; see Attachment B.9 |

[1] The Debtor has not determined whether any or all contracts listed remain in effect and/or are executory in nature. The Debtor's review of its records is ongoing. The Debtor reserves the right to amend Schedule G to add or remove contracts as appropriate.

In re:  Raissi Real Estate Development, LLC   Case No. 10-56855-RLE
       Debtor                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Palermo Restaurant, LLC<br>Attn: Renato Cusimano<br>1010 El Camino Real, Suite 140<br>Menlo Park, CA 94025 | Real Property Lease |
| S.A.S.A.N. Inc.<br>dba Carpet Club<br>Attn: Sasan Raissi<br>2490 Lafayette Street<br>Santa Clara, CA 95050 | Real Property Lease |
| Various Parties[2] | Mutual Non-Disclosure Agreements |
| WET Investments<br>396 South First Street<br>San Jose, CA 95113<br><br>Rim Michael Hamond<br>c/o WET Investments<br>396 South First Street<br>San Jose, CA 95113 | Right of First Refusal-Real Property Lease Addendum |
| WET Investments<br>396 South First Street<br>San Jose, CA 95113<br><br>Rim Michael Hamond<br>c/o WET Investments<br>396 South First Street<br>San Jose, CA 95113 | Real Property Lease |

---

[2] The Debtor has approximately ten (10) Mutual Non-Disclosure Agreements. The Debtor will amend Schedule G to provide for the names and addresses of these parties once the information becomes available.