JOHN WALSHE MURRAY (074823)
JANICE M. MURRAY (099996)
RACHEL P. RAGNI (241061)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jmmurray@murraylaw.com
Email: rragni@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**RAISSI REAL ESTATE DEVELOPMENT, LLC**
A California Limited Liability Company

      Debtor.

2490 Lafayette Street
Santa Clara, CA 95050

Employer Tax I.D. No: 20-5426285

Case No. 10-56855-RLE

Chapter 11

## SECOND AMENDED CREDITOR MATRIX COVER SHEET

I, Sasan Raissi, declare under penalty of perjury that I have read the attached Creditor Mailing Matrix consisting of three (3) sheets, and that said list contains the correct, complete and current names and addresses of all **additional** priority, secured and unsecured creditors, and parties in interest, to the best of my knowledge, information and belief.

Dated: July 21, 2010

                                       **Raissi Real Estate Development, LLC**
                                       A California Limited Liability Company

                                       By: */s/ Sasan Raissi*
                                            Sasan Raissi
                                            Manager and Sole Member

| | |
|---|---|
| 1 | I, Rachel P. Ragni, counsel to the Debtor herein, declare that the attached Creditor Mailing |
| 2 | Matrix conforms with the Clerk's promulgated requirements. |
| 3 | Dated: July 21, 2010                                    **MURRAY & MURRAY** |

Dated: July 21, 2010

**MURRAY & MURRAY**
A Professional Corporation

By: */s/ Rachel P. Ragni*
    Rachel P. Ragni
    Attorneys for Debtor

Allen Mirzaei
c/o Terry D. Graff
95 S. Market Street, Ste 300
San Jose, CA 95113

Atlas Realty
Attn: Kerry Lawrence
451 Parkfair Drive, Suite 9
Sacramento, CA 95864

Babak Hossein Hatamian
6898 Trinidad Drive
San Jose, CA 95120

Babak Hossein Hatamian
c/o The Pratt Associates
Attn: Susan E. Bishop
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008

Barry Swenson Builder
777 N. First Street, 5th Floor
San Jose, CA 95112-6303

City of San Jose
200 East Santa Clara
San Jose, CA 95113

D and R Partnership
c/o First National Mortgage
Attn: Hal Dryan
1245 S. Winchester Blvd.
San Jose, CA 95128-2099

David Gewargis
c/o Iwama Law Firm
556 Fathom Drive
San Mateo, CA 94404

EGCA Insurance Services, Inc.
Attn: Ben Geravesh
535 S. Bascom Avenue
San Jose, CA 95128

Endurance American Specialty
767 Third Avenue, 5th Floor
New York, NY 10017

Fidelity Asset Management Group LLC
Attn: Jerry Quint
333 Santana Row
San Jose, CA 95128

Global Art, Inc.
13781 Ravenwood Drive
Saratoga, CA 95070

Greg Phan
350 S. Winchester Blvd., Suite 250
San Jose, CA 95128

Greg Phan
c/o Del Beccaro Hornsby and Blake
Attn: Thomas G.F. Del Beccaro
800 S. Broadway, Suite 301
Walnut Creek, CA 94596

Greg Phan
Phan Real Estate LLC
350 S. Winchester Blvd., Ste 250
Santa Clara, CA 95050

Guggenheim Realty Group, Inc.
1671 Dell Avenue
Campbell, CA 95008

Hopkins and Carley
Attn: Eugene Ashley
70 S. First Street
San Jose, CA 95113-2406

JAMS
160 W. Santa Clara Street
Suite 1150
San Jose, CA 95113

Kurt Anderson
Anderson Architects, Inc.
2255 S. Bascom Ave., Ste 100
San Jose, CA 95008

MacCorkle Insurance Service
Attn: Rose Sabin
1650 Borel Place, Suite 100
San Mateo, CA 94402

Mario Fausto
Sayar Fausto, LLP
350 2nd Street, Ste 5
Los Altos, CA 94022

Mount Vernon Fire Insurance Co.
190 South Warner Road
Wayne, PA 19087

Pahl & McCay
Attn: Fenn C. Horton, III

225 W. Santa Clara Street, Ste 1500
San Jose, CA 95113-1752

Palermo Restaurant, LLC
Attn: Renato Cusimano
1010 El Camino Real, Suite 140
Menlo Park, CA 94025

Rim Michael Hamond
c/o WET Investments
396 South First Street
San Jose, CA 95113

S.A.S.A.N. Inc.
dba Carpet Club
Attn: Sasan Raissi
2490 Lafayette Street
Santa Clara, CA 95050

Salvatore Caruso Design Corporation
980 El Camino Real
Santa Clara, CA 95050

Santa Clara County Tax Accessor
Tax Assessors Office
County of Santa Clara
70 West Hedding Street
San Jose, CA 95110

Trustee: First American
Title Company
1111 Civic Drive, Suite 275
Walnut Creek, CA 94596

Trustee: World Equities Inc.
Attn: Jay Carlet
1245 S. Winchester Blvd. Suite 304
San Jose, CA 95128-2099

Trustee: First American Title
Insurance Company
1 First American Way
Santa Ana, CA 92707

WET Investments
396 South First Street
San Jose, CA 95113