JOHN WALSHE MURRAY (074823)
JANICE M. MURRAY (099996)
RACHEL P. RAGNI (241061)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jmmurray@murraylaw.com
Email: rragni@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**RAISSI REAL ESTATE DEVELOPMENT, LLC**<br>A California Limited Liability Company<br><br>             Debtor.<br><br>    2490 Lafayette Street<br>    Santa Clara, CA 95050<br><br>Employer Tax I.D. No: 20-5426285 | Case No. 10-56855-RLE<br><br>Chapter 11 |

## DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(b)

    I, Janice M. Murray, am a shareholder of the law firm of Murray & Murray, A Professional Corporation ("Murray & Murray"), the proposed attorneys for the Debtor in the above-captioned Chapter 11 case. I hereby make this disclosure pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b).

    1.    On June 30, 2010 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 11 of the United States Bankruptcy Code. The Debtor continues to operate its business as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

    2.    The compensation paid or agreed to be paid by the Debtor for services rendered or to

be rendered by Murray & Murray in connection with this case is as follows:

  a. <u>Hourly Rates</u>.  The Debtor has agreed that Murray & Murray, subject to the approval of the Court, shall be employed under a general retainer, on an hourly basis, with compensation for services and reimbursement of expenses to be paid pursuant to Sections 328, 330, 331, 503, and 507 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California, and the fee guidelines promulgated by this Court.  The current hourly rates of the attorneys of Murray & Murray are as follows:

| Name | Rate Per Hour |
|---|---|
| John Walshe Murray | $ 590.00 |
| Janice M. Murray | 540.00 |
| Craig M. Prim | 510.00 |
| Stephen T. O'Neill | 470.00 |
| Robert A. Franklin | 460.00 |
| Doris A. Kaelin | 440.00 |
| Jenny Lynn Fountain | 350.00 |
| Rachel P. Ragni | 330.00 |
| Thomas T. Hwang | 310.00 |
| Laurent Chen | 280.00 |
| Law Clerks/Paralegals | 150.00 |

Attorneys' fees will be billed in minimum increments of one-tenth (1/10) of an hour, even though the actual time may be less.  These hourly rates are subject to periodic review and increase.

  b. <u>Expense Reimbursement</u>. The Debtor has also agreed that Murray & Murray shall be reimbursed for its expenses incurred in connection with this case.  The amounts currently charged by Murray & Murray for ordinary and customary expenses are as follows:

| | |
|---|---|
| Automobile travel: | 50¢ / mile |
| Faxes (incoming only): | 20¢ / page |
| Internal photo-copying: | 20¢ / copy |
| Computerized research: | actual cost |
| Court reporters fees: | actual cost |
| Document storage & disposal: | actual cost |
| Filing fees: | actual cost |
| Lien searches: | actual cost |
| Long distance telephone: | actual cost |
| Messenger: | actual cost |

|   |   |
|---|---|
| Other travel (e.g. airfare): | actual cost |
| Outside photo-copying: | actual cost |
| Overnight delivery: | actual cost |
| Parking: | actual cost |
| Postage: | actual cost |
| Printing: | actual cost |
| Process service: | actual cost |
| UCC Searches: | actual cost |
| Witness fees: | actual cost |
| Working meals: | actual cost |

c. <u>Payments</u>. In the year prior to the commencement of the case, Murray & Murray received the following payment from the Debtor:

| **DATE** | **AMOUNT** |
|---|---|
| June 30, 2010 | $100,000.00 |

This payment was made to Murray & Murray by the Debtor from funds loaned to the Debtor by Gregory Huan Phan, a secured and unsecured creditor of the Debtor.

Of the total payment of $100,000.00, $13,286.00 was expended in services rendered to the Debtor prior to the commencement of the case, leaving a remaining advance retainer (the "<u>Advance Retainer</u>") on the Petition Date of $86,714.00.

d. <u>Additional Compensation</u>. The Debtor has also agreed to pay Murray & Murray all additional attorneys' fees and costs incurred after the commencement of the case in excess of the Advance Retainer, subject to the approval of the Court.

e. <u>Third Party Guaranty</u>. All obligations of the Debtor to Murray & Murray under the terms of the engagement agreement between the Debtor and Murray & Murray have been guaranteed by Sasan Raissi, individually and S.A.S.A.N., Inc. dba Carpet Club (collectively, the "<u>Guarantors</u>"). Murray & Murray is advised by the Debtor as follows:

(1) Sasan Raissi, individually, is the sole member and manager of the Debtor; and

(2) Sasan Raissi is the president and sole shareholder of S.A.S.A.N., Inc. dba Carpet Club.

The Guarantors have also agreed, separate and apart from the above-described guarantees, to provide, or cause to be provided, financing to the Debtor to the extent necessary to facilitate the

Company's payment to Murray & Murray of all fees and expenses incurred by Murray & Murray in the Chapter 11 case.

    f. <u>Interim Compensation Procedure</u>.  The Debtor has also agreed that Murray & Murray may move the Court for an order approving an interim compensation procedure allowing the Debtor to pay attorneys' fees and costs on a monthly basis, and if such an interim compensation procedure is approved by the Court, such fees and costs shall be so paid.  In the event that Murray & Murray does not so move the Court, or the Court does not approve such an interim compensation procedure, Murray & Murray shall have the right to apply to the Court for additional fees and costs pursuant to the Bankruptcy Code, which authorizes applications for such interim compensation to be submitted once every one hundred twenty (120) days, or more frequently if authorized by the Court.  Payment shall be immediately forthcoming upon approval of such fees and costs.

   3. Neither Murray & Murray nor any of its members or employees have shared or agreed to share any of the aforementioned compensation with anyone except the shareholders and regular employees of Murray & Murray.

Dated:  July 23, 2010      MURRAY & MURRAY
                  A Professional Corporation

                 By: */s/ Janice M. Murray*
                   Janice M. Murray
                   Attorneys for Debtor

JMM/esg/sb
S:\Ratsu\Real Estate Dev\Pldg\empty\M&M Disclosure.doc
4
DISCLOSURE OF COMPENSATION

Case 10-56855    Doc# 42    Filed: 07/23/10    Entered: 07/23/10 15:20:49    Page 4 of 4