Entered on Docket
August 02, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 30, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

JOHN WALSHE MURRAY (074823)
JANICE M. MURRAY (099996)
RACHEL P. RAGNI (241061)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jmmurray@murraylaw.com
Email: rragni@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**RAISSI REAL ESTATE DEVELOPMENT, LLC**
A California Limited Liability Company

　　　　Debtor.

　　2490 Lafayette Street
　　Santa Clara, CA 95050

Employer Tax I.D. No: 20-5426285

Case No. 10-56855-RLE

Chapter 11

*[No Hearing Requested]*

## ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF COUNSEL

The EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF COUNSEL (the "Application") of Raissi Real Estate Development, LLC, the debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 case, seeking authority to employ Murray & Murray, A Professional Corporation ("Murray & Murray") under a general retainer to represent the Debtor as its general bankruptcy counsel in this case having been filed with the Court; it appearing to the Court that Murray & Murray is disinterested and does not hold or represent an interest adverse to the estate, that Murray & Murray's employment is necessary and is in the best interest of the bankruptcy estate, and that the circumstances of this case justify a general retainer; it

further appearing to this Court that notice or a hearing on said Application is not necessary or appropriate; and good cause appearing therefor,

IT IS HEREBY ORDERED that the Debtor is authorized to employ Murray & Murray upon the terms and conditions set forth in the Application effective June 30, 2010 to represent the Debtor under a general retainer in the within bankruptcy case.

**\*\*END OF ORDER\*\***

## Court Service List

**Debtor**
Sasan Raissi
Raissi Real Estate Development, LLC
2490 Lafayette Street
Santa Clara, CA  95050

*United States Truestee*  (Service Via Electronic Filing)
Emily S. Keller
Office of the U.S. Trustee
U.S. Federal Building
280 South First Street, Suite 268
San Jose, CA  95113-3004

**Attorneys for Debtor**
Janice M. Murray
Murray & Murray
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA  95014-2548